United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 16, 2005**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

No. 04-60635

---

BOYD D. HUDSON, CINDY KAYE HUDSON,

Plaintiffs-Appellants,

VERSUS

REMINGTON ARMS COMPANY, INC., RACHI HOLDING, INC., E.I. DUPONT
DE NEMOURS & CO., E I. DuPont De Nemours and Company;
JOHN DOES 1-20,

Defendants-Appellees.

---

Appeal from the United States District Court
For the Southern District of Mississippi
2:02-CV-860

---

Before DAVIS, STEWART and DENNIS, Circuit Judges.

PER CURIAM:*

After reviewing the record in this case and based upon the briefs of the parties and argument of counsel, we affirm the district court's judgment essentially for the reasons stated in its June 10, 2003 Oral Bench Opinion. <u>See also Bridges v. Metabolife</u>

---

*Pursuant to 5ᵀᴴ CɪR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CɪR. R. 47.5.4.

Intern., Inc., ___ F.3d ___, 2005 WL 65498 (5th Cir. 2005).

   AFFIRMED.